MABEL J. BRINKERHOFF, as Administratrix of the Estate of FREDERICK T. BRINKERHOFF, Deceased, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

Argued May 28, 1937; decided June 11, 1937.

*Harold J. Adams* and *Percy R. Smith* for appellant.
*Arthur VD. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.